**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF:<br><br>J & L Harvesting & Equipment, Inc.<br>P. O. Box 5582<br>Yuma, AZ 85366-5582 | Misc. No. 07-mc-00083-SMM<br><br>**ORDER FOR ENTRY ON PREMISES TO EFFECT LEVY** |

The United States, having filed an application requesting authorization for Jace Bruce, a revenue officer of the Internal Revenue Service, and/or other employees, as designated by the Internal Revenue Service, to enter the premises located at 1355 W. 16th Street, Suite 3, Yuma, AZ 85336 and 9711 S. Somerton Avenue, Yuma, AZ 85364, in order to seize property in satisfaction of unpaid federal taxes, together with the revenue officer's affidavit in support of that application, and the Court finding, on the basis of the affidavit, that there is probable cause to believe that property or rights to property, specifically office desks, office chairs, shelving units, computers and miscellaneous office accessories located at the 1355 W. 16th Street address and the following property:

| | |
|---|---|
| 1996 Ford Bus | 1FBJS31G5THA09900 |
| 1988 Freightliner | 1FUKZLYBOJH405597 |
| 1997 Chevy PU 3500 | 1GBKC34J2VJ105228 |
| 2001 Ford F-150 | 1FTRW08L71KE63554 |
| 1998 Ford F-150 | 1FTZX18W2WK02639 |
| 2001 GMC C1500 | 2GTEC19V811205086 |
| 1994 Freightliner | 1FUW3MCA3RP437548 |
| 1987 Freightliner | 1FUKZBYBOHH402509 |
| 1986 Freightliner | 1FUWZCYB2GH401447 |
| 1989 Freightliner | 1FUWZKYB7KH408865 |
| 1980 Chevy Bus | C16PBAV118806 |
| 1984 GMC Bus | 1GDG6P1B7EV543440 |
| 1985 CHEV Bus | 1GBJ6P182FV214600 |

| | |
|---|---|
| 1990 Ford F-250 | 1FTHX26G9LKB53435 |
| 1985 CHEV Bus | 1GBJ6P1B6FV214602 |
| 1986 Ford Bus | 1FDNB70H4GVA5A5669 |
| 1979 Ford Bus | B71BVEJ8064 |
| 1975 BlueB Bus | 9106 |
| 1986 Chevy Bus | 1GBJ681B6GV105266 |
| 1985 Ford Bus | 11FDNB70H5FVA62175 |
| 1982 Ford Bus | 1FDNB60H3CVA54808 |
| 1986 Ford Bus | 1FDWJ74N9GVA52421 |
| 1991 Ford F-250 | 2FTHF25G6MCA92894 |
| 1981 Chev Bus | 1GBK6P1B3BV117159 |
| 1984 Ford Bus | 1FDXB70HOEVA43427 |
| 1980 Ford Bus | B70HVHA9814 |
| 1976 1976 BlueB Bus | 10552 |
| 1974 Intl Bus | 13672DHA188239 |
| 1974 Intl Bus | 13672dha18838 |
| 1983 Chev Bus | 1GBJ6P1B9DV114734 |
| 1988 Ford Bus | 1FDNB70HZJVA315411 |
| 1944 Dodge Wagon | 2B5WB35Z3RK160214 |
| 1988 Chev PU | 1GBHR34K8JJ103849 |
| 1989 Freightliner | 1FUPACYB8KP339496 |
| (2) Welder-Hobart Handler | |
| (17) Agricultural Transplant Machines | |
| (2) Kohul Air Compressors | |
| (12) Broccoli Buncher Machines | |
| (16) Hand-Held Motorola Radios | |
| (7) Mid-size Agricultural Tractors | |

located at the 9711 S. Somerton address, belonging to J & L Harvesting &Equipment, Inc. which are subject to levy by the United States pursuant to I.R.C. § 6331 are located on or within the premises described,

**IT IS HEREBY ORDERED** that Jace Bruce and/or other employees, as designated by the Internal Revenue Service, are authorized to enter the premises described and to make such search as is necessary in order to levy and seize, pursuant to 26 U.S.C. § 6331. In making this search and seizure, however, such revenue officer and/or other employees are directed to enter the premises described during business hours or the daytime and within 10 days of the date of this order.

**IT IS FURTHER ORDERED** that if J & L Harvesting & Equipment, Inc. or occupant offers any resistance to the Revenue Officer and/or other employees, as designated by the Internal Revenue Service, seeking to enter the premises described under the authority of this writ, the revenue officer and/or other employees shall withdraw, and

1 may apply to the Court for such further processes as are necessary to enforce the terms of
2 this order including a citation for contempt of this Court.
3     **IT IS FURTHER ORDERED** that the revenue officer and/or other employees, as
4 designated by the Internal Revenue Service, shall leave a copy of this writ with the person
5 in possession of the premises, and promptly after the entry and seizure, the officers
6 executing this writ shall make their return to this Court with a statement of the time and
7 circumstances of the entry and seizure.
8     DATED this 18th day of September, 2007.

_____
Stephen M. McNamee
United States District Judge