**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| IN THE MATTER OF THE TAX INDEBTEDNESS OF:<br><br>J & L Harvesting & Equipment, Inc.<br>P. O. Box 5582<br>Yuma, AZ  85366-5582 | Misc. No. 07-00083-PHX-SMM<br><br>**ORDER** |
|---|---|

Based upon the United States' Post-entry and seizure report (Dkt. 4) and good cause appearing therefore,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall close the case in this miscellaneous action.

DATED this 26th day of September, 2007.

Stephen M. McNamee
United States District Judge